Kevin J. Scanlan
ISB #5521; kjs@dukescanlan.com
DUKE SCANLAN & HALL, PLLC
1087 W. River Street, Suite 300
P.O. Box 7387
Boise, Idaho 83707
Telephone (208) 342-3310
Facsimile (208) 342-3299

James R. Bedell
Moss & Barnett
4800 Wells Fargo Center
90 South 7th Street
Minneapolis, MN 55402
Telephone: (612) 877-5310
Facsimile: (612) 877-5012
*Admitted Pro Hac Vice*

*Attorneys for Palisades Collection, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

| | |
|---|---|
| MICKEY CLANCY,<br><br>    Plaintiff,<br><br>v.<br><br>PALISADES COLLECTION, L.L.C. and DOES 1-50,<br><br>    Defendants. | CASE NO. 1:13-cv-00395-CWD<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

  Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Mickey Clancy and Defendant Palisades Collection, LLC, hereby stipulate to the dismissal of all

**STIPULATION FOR DISMISSAL WITH PREJUDICE  - 1**

Plaintiff's claims against Palisades Collections, LLC with prejudice, each party to bear its own costs and fees.

Dated: April 7, 2014.

/s/ James R. Bedell
James R. Bedell, Esq.
MOSS & BARNETT, P.A.


/s/ Kevin J. Scanlan
Kevin J. Scanlan, of the Firm
DUKE SCANLAN & HALL
Attorneys for Defendant Palisades

Dated: April 7, 2014.

/s/ Ann Jacquot
Ann E Jacquot, of the Firm
Attorney for Plaintiff Mickey Clancy